UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62981-BLOOM/Valle

BRITTANY CARNEVALI,

    Plaintiff,

v.

SPRINT SPECTRUM, L.P.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [23] ("Stipulation"), filed on April 17, 2019. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [23]** is **APPROVED**;

2. All individual claims asserted in the above-captioned case by Plaintiff Brittany Carnevali against Defendant Sprint Spectrum L.P. are **DISMISSED WITH PREJUDICE**;

3. All putative class claims asserted in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**;

4. Each party shall bear its own attorneys' fees and costs;

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 18-cv-62981-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 17, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record